**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ESVIN IVAN CALLES CORRALES, | Case No. 25-cv-1987 (LMP/ECW) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| B. EISCHEN; FPC DULUTH; and FBOP, | |
| Respondents. | |

Before the Court is the Report and Recommendation ("R&R"), ECF No. 4, of United States Magistrate Judge Elizabeth Cowan Wright, which recommends denying Petitioner Esvin Ivan Calles Corrales's Petition for a Writ of Habeas Corpus, ECF No. 1. No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The R&R (ECF No. 4) is **ADOPTED**;

2. Calles Corrales's Petition (ECF No. 1) is **DENIED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 30, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge